# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 6:24-mj-6-HBK |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ALAN R. SOTELO ) | |
| Defendant. ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 18 U.S.C. § 113(a)(5); 36 CFR § 2.34(a)(1)

**Sentence Date:** May 14, 2024

**Review Hearing Date:** October 7, 2025

**Probation Expires On:** November 14, 2025

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,020 which Total Amount is made up of a Fine: $ 1,000 Special Assessment: $ 20 Processing Fee: $ Choose an item.

☒ Total payment due by March 14, 2025

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** abstain from entering Yosemite National Park; and complete 14 weeks of in-person anger management course.

## *DEFENSE POSITION:*

☒ To date, Defendant has paid a total of $ 1,020
  ☐ If not paid in full when was last time payment:  Date: Click here to enter a date.
   Amount: $

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☒ Compliance with Other Conditions of Probation: Mr. Sotelo has completed all the ordered probation conditions including the 14-week anger management course pursuant to this Court's May 13, 2024, modification.

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☒ Defendant has complied with and completed all conditions of probation described-above.

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: *Arin Heinz*
Assistant United States Attorney

### *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 10/7/2025 at 10 am

☐ be continued to Click here to enter a date. at 10:00 a.m.; or

☒ be vacated; or in the alternative, that Mr. Sotelo be permitted to appear remotely as he is expecting the birth of his child in October and he lives outside of the Eastern District of California. The government does not oppose this request.

☒ that Defendant's unsupervised probation be terminated, and that the case be closed. The government does not oppose this request.

DATED: 9/24/2025

*/s/ Lisa Ndembu Lumeya*
DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court VACATES the Review Hearing scheduled for October 7, 2025 and pursuant to 18 U.S.C. 3564(c), the Court terminates Defendant's probation and discharges Defendant effective the date of this Order. The Clerk is directed to CLOSE the case.

DONE AND ORDERED:

Dated:  September 27, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE